# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 13, 2014

## NO. 03-13-00610-CV

**A. L., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM COUNTY COURT AT LAW OF BASTROP COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
## AFFIRMED -- OPINION BY CHIEF JUSTICE JONES

This is an appeal from the judgment signed by the trial court on September 9, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.